SEEGER WEISS LLP
CHRISTOPHER L. AYERS
55 Challenger Road, 6th Floor
Ridgefield Park, NJ  07660
Telephone:  973/639-9100
cayers@seegerweiss.com

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

## (NEWARK DIVISION)

| | |
|---|---|
| KELLY PALAZZI, et. al., Individually and on Behalf of All Others Similarly Situated, ) ) ) | No. 2:25-cv-00077-MEF-JSA |
| ) ) | <u>CLASS ACTION</u> |
| Plaintiffs, ) ) | |
| ) ) | |
| vs. ) ) | **CERTIFICATION OF ANNY M. MARTIN TO APPEAR AND PARTICIPATE *PRO HAC VICE*** |
| ) ) | |
| NATIONAL COURT REPORTERS ASSOCIATION, ) ) | |
| ) ) | |
| Defendant. ) ) | |
| _____ ) | |

Anny M. Martin hereby certifies and says:

1.      I am an associate with the law firm of Robbins Geller Rudman & Dowd LLP ("Robbins Geller") and my office is located at 225 NE Mizner Boulevard, Suite 720, Boca Raton, Florida 33432.

2.      I make this certification in support of an application to appear and participate in the above-captioned matter *pro hac vice* on behalf of Plaintiffs Kelly Palazzi and Cindy Jenkins ("Plaintiffs"), pursuant to Rule 101.1(c) of the Local Civil Rules of the United States District Court for the District of New Jersey.

3.      Pursuant to L. Civ. R. 101.1(c)(1), the following chart discloses each bar of which I am a member including the year of admission and the name and address of the official or office maintaining the roll of such members of its bar; I am in good standing in each of these courts:

| COURT | YEAR OF ADMISSION | NAME & ADDRESS |
|---|---|---|
| Florida State Courts | 05/01/2017 | The Florida Bar 651 E. Jefferson Street Tallahassee, FL 32399 |

4.      Robbins Geller is counsel for Plaintiffs, and Plaintiffs have requested that Robbins Geller represent them in connection with this litigation, including trial, and I accordingly seek *pro hac vice* admission for this purpose.

5.      I am not now and never have been under suspension or disbarment by any court, nor are there any disciplinary proceedings pending against me.    I

understand that I have a continuing obligation to notify the Court of any matter affecting my standing with the Bar of the State of Florida or with any other court in which I am admitted to practice.

6.    I understand that if I am admitted *pro hac vice*, I will be subject to the disciplinary jurisdiction of the United States District Court for the District of New Jersey and will comply with the Rules of Professional Conduct of the New Jersey Supreme Court, the requirements of the Rules Governing the Courts of the State of New Jersey regarding the conduct of attorneys admitted to practice law in this State, and the Local Rules of the United States District Court for the District of New Jersey, particularly the requirements of L. Civ. R. 101.1(c).

7.    I agree to have all pleadings, briefs, and other papers filed with the Court signed by a member of the law firm of Seeger Weiss LLP, attorneys of record who authorized to practice in the State of New Jersey.

8.    I will make a payment of $250.00 to the Clerk, U.S. District Court pursuant to L. Civ. R. 101(c)(3).

9.    I will make any required payment to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2(a).

10.    I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Executed on January 8, 2025

_____
JANNY M. MARTIN