| Attorney or Party without Attorney:<br>Christopher L. Ayers<br>Seeger Weiss, LLP<br>55 Challenger Road<br>Ridgefield Park, NJ 07660 | | | | For Court Use Only |
|---|---|---|---|---|
| Telephone No: 973-639-9100    FAX No: 973-679-8656 | | | | |
| | | Ref. No. or File No.: | | |
| Attorney for: Plaintiff(s) | | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court - District of New Jersey | | | | |
| Plaintiff(s): Kelly Palazzi and Cindy Jenkins, et al. | | | | |
| Defendant: National Court Reporters Association | | | | |
| **AFFIDAVIT OF SERVICE**<br>**Summons and Complaint** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>25CV00077MEFJSA |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Class Action Complaint

3. a. Party served:  National Court Reporters Association
   b. Person served: Lauren Phillips, Authorized Agent, Caucasian, Female, 40 Years Old, Blond Hair, Blue Eyes, 6 Feet, 165 Pounds

4. Address where the party was served: CT Corporation
   4701 Cox Road, Suite 285
   Glen Allen, VA 23060

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue., Jan. 07, 2025 (2) at: 1:40PM

7. **Person Who Served Papers:**
   a. Kenneth Condrey
   b. **Class Action Research & Litigation**
      P O Box 740
      Penryn, CA 95663
   c. (916) 663-2562, FAX (916) 663-4955

*Fee for Service:*
I Declare under penalty of perjury under the laws of the State of VIRGINIA that the foregoing is true and correct.

1-8-2025
(Date)           (Signature)



8. STATE OF VIRGINIA, COUNTY OF Chesterfield
   Subscribed and sworn to (or affirmed) before me on this 8th day of January 2025 by Kenneth Condrey proved to me on the basis of satisfactory evidence to be the person who appeared before me.

   (Notary Signature)

AFFIDAVIT OF SERVICE
Summons and Complaint

chaye.274615